# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO LUA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　　Respondent. | Case No. ED CV 12-0824 DOC (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED FOR LACK OF JURISDICTION**.


DATED: October 29, 2012

_____
　　　　HON. DAVID O. CARTER
　　UNITED STATES DISTRICT JUDGE